UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.:

**99-2097**

JORGE MATALLANA,

    Plaintiff

MAGISTRATE JUDGE
O'SULLIVAN

v.

INTER- FOREVER SPORTS, Inc.,

    Defendants.

_____\\

### COMPLAINT

**COMES NOW** the plaintiff, **JORGE MATALLANA,** and for his complaint against the Defendant, **INTER-FOREVER SPORTS INC.**, shows this Court the following:

### FIRST CAUSE OF ACTION

1. That jurisdiction of this court is invoked pursuant to 29 U.S.C. & 621, et seq., 42 U.S.C. & 2000e, et seq., and 28 U.SC. & 1331, as well as this Court's power to assert ancillary and pendent jurisdiction of the state claims.

2. That the unlawful discrimination and employment practices alleged below were committed within the State of Florida and the Southern District, Miami Division of this Federal Court.

3. That Plaintiff, Jorge Matallana is a citizen of the United States of America and is a resident of the State of Florida, residing in Miami, Florida.



4. That Defendant, Inter-Forever Sports, Inc., is a corporation and \or business entity doing business in the United States of America and in the State of Florida and at all times pertinent hereto was an " employer" within the meaning of 29 U.S.C. & 630 and engaged in an industry affecting interstate commerce and did and do now employ more than fifteen (15) employees.

5. Plaintiff was born on October 13, 1934 and at all times relevant hereto was over the age of forty (40).

6. Prior to October 15, 1998, Plaintiff held the position of advertising director with defendant.

7. That on or about October 15, 1998, Plaintiff received notification that his job with defendant was being eliminated and that he was being permanently laid off, after having worked for defendant since 1994.

8. That plaintiff's discharge was without cause and for pretextual reasons, and plaintiff was replaced by a younger employee in violation of plaintiff's statutory rights.

9. Defendant, by reason of the acts alleged in paragraphs 3-9, supra, discharged plaintiff on the basis of his age and discriminated against him with respect to the terms, conditions and privileges of employment because of his age, all in violation of 29 U.S.C. & 623, for which defendants are liable.

10. As a result of the defendant's conduct set forth above, plaintiff is entitled to compensation for any and all lost wages and benefits, reinstatement to his former position and court costs.

11. Plaintiff has duly complied with the requirements of 29 U.S.C. 626 and has performed all conditions precedent to the maintenance of this action.

12. A trial by jury is hereby requested.

## SECOND CAUSE OF ACTION

Plaintiff incorporates by reference paragraphs 1-8 and 12 in the first cause of action as if fully rewritten herein and further states:

13. Defendant is a corporation and or business entity doing business in the United States of America and in the State of Florida and at all times pertinent hereto was an " employer" within the meaning of 42 U.S.C. &2000e (d) and engaged in an industry affecting commerce and did and do now employ more than fifteen (15) employees.

14. Plaintiff's discharge was without just cause and for pretextual reasons and thereafter, plaintiff who is a Hispanic of Columbian origin, was replaced by another or other non-minority (s), in violation of plaintiff's statutory rights under Title VII (i.e. 42 U.S.C. &2000e, et. seq.

15. Defendants, by reasons of the acts alleged above, discharged plaintiff on the basis of his race and discrimination against him with respect to the terms, conditions, and privileges of employment because of his race, all in violation of 42 U.S.C. & 2000E, et. seq.

16. That as a result of the defendant's conduct set forth above, plaintiff is entitled to compensation for any and all lost wages and benefits, reinstatement to his former position and court costs.

17. That plaintiff has duly complied with the requirements of Title VII, and has filed his action within 90-days of receipt of his notice of right to sue from the EEOC, and has otherwise performed all conditions precedent to the maintenance of this action.

**WHEREFORE**, Plaintiff, Jorge Matallana, respectfully prays the Court to:

1. Require Defendant to take necessary steps to place plaintiff in the same position he would have been in but for the defendant's unlawful conduct and discrimination.

2. Require Defendant to offer reinstatement to plaintiff to a position equivalent to the one he had prior to his discharge.

3. Award compensatory damages pursuant to federal law.

4. Award to plaintiff the costs of this action and reasonable costs in the prosecution of this action and interest.

5. Award such other relief as the Court deems just, proper and equitable.

RESPECTFULLY SUBMITTED,

JORGE MATALLANA
1060 Brickell Avenue
# 311
Miami, Florida 33131
(305) 377-9684

_____
Jorge Matallana

Case 1:99-cv-02097-KMM   Document 1   Entered on FLSD Docket 07/29/1999   Page 5 of 7


# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 150992497 |

Florida Comm. on Human Relations _____ and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Mr. Jorge E. Matallana | (305) 377-9684 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 1060 Brickell Avenue, Apt. 311, Miami, FL 33131 | | 10/13/1934 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Inter/Forever Sports, Inc. | Cat A (15-100) | (305) 377-2700 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 601 Brickell Key Drive, Suite 1080, Miami, FL 33131 | | 025 |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

☐ RACE  ☐ COLOR  ☐ SEX  ☒ RELIGION  ☒ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER *(Specify)*

DATE DISCRIMINATION TOOK PLACE
EARLIEST: 10/15/1998   LATEST: 10/15/1998
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s))*:

1. I am a 64 year old Catholic individual of Hispanic (Colombian) national origin. My date of birth is October 13, 1934.

2. I began working for Respondent approximately four years ago. I was employed as Advertising Director.

3. In October 1998, Respondent terminated my employment without giving a reason for the discharge.

4. I believe Respondent discriminated against me based on my religion (Catholicism), my national origin (Hispanic/Colombian) and my age (64) through employment termination in violation of Title VII of the Civil Rights Act of 1964, as amended and the Age Discrimination in Employment Act of 1963, as amended.

☒ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF COMPLAINANT

IV-16-99   *[signature]*
Date    Charging Party *(Signature)*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(Day, month, and year)*

EEOC FORM 5 (Rev. 06/92)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

# NOTICE OF RIGHT TO SUE
*(ISSUED ON REQUEST)*

| To: | From: |
|---|---|
| Mr. Jorge E. Matallana<br>1060 Brickell Avenue, Apt. 311<br>Miami, Florida 33131<br><br>[ ] *On behalf of a person aggrieved whose identity is CONFIDENTIAL (29 C.F.R. 1601.7(a))* | Miami District Office<br>Equal Employment Opportunity Commission<br>One Biscayne Tower, Suite 2700<br>2 South Biscayne Boulevard<br>Miami, Florida 33131-1805 |

| Charge Number | EEOC Representative | Telephone Number |
|---|---|---|
| 150 99 2497 | Martin J. Rosenthal, Investigator | 305-536-7245 or 800-669-4000 |

(See the additional information attached to this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act(ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your suit under Title VII or the ADA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] More than 180 days have passed since the filing of this charge.

[X] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[X] The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required). EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court compliant to this office.

On Behalf of the Commission

**APR 2 9 1999**
(Date Mailed)

*George E. Evans for*
Federico Costales, District Director

Enclosures
Information Sheet
Copy of Charge

cc: Mr. Jorge Martinez, President
*Inter/Forever Sports, Inc.*
601 Brickell Key Drive, Suite 1080
Miami, Florida 33131

EEOC Form 161-B (10/96)

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

99-2097
CIV-MORENO
MAGISTRATE JUDGE
O'SULLIVAN

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** | **DEFENDANTS**

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____ | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

A: Dade 1:99cv2097/kmm O'sullivan

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | B☐ 630 Liquor Laws | | B☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | B☐ 640 R.R. & Truck | **A PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | B☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | B☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | B☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA 1395ff | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | **PERSONAL INJURY** | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | ☐ 362 Personal Injury — Med Malpractice | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **A REAL PROPERTY** | ☐ 365 Personal Injury — Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| B☐ 220 Foreclosure | **A CIVIL RIGHTS** | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 441 Voting | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☒ 442 Employment | | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions A OR B |
| ☐ 245 Tort Product Liability | ☐ 443 Housing/Accommodations | ☐ 791 Empl. Ret. Inc. Security Act | A☐ 871 IRS — Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | ☐ 444 Welfare | | | |
| | ☐ 440 Other Civil Rights | **PERSONAL PROPERTY** | | |
| | **PRISONER PETITIONS** | ☐ 370 Other Fraud | | |
| | B☐ 510 Motions to Vacate Sentence | ☐ 371 Truth in Lending | | |
| | **HABEAS CORPUS:** | ☐ 380 Other Personal Property Damage | | |
| | B☐ 530 General | ☐ 385 Property Damage Product Liability | | |
| | A☐ 535 Death Penalty | | | |
| | B☐ 540 Mandamus & Other | | | |
| | B☐ 550 Civil Rights | | | |
| | B☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

LENGTH OF TRIAL
via _____ days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $ _____ | CHECK YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____